

# SEYFARTH
## ATTORNEYS SHAW LLP

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5529
www.seyfarth.com

Writer's direct phone
(212) 218-3335

Writer's e-mail
abarancik@seyfarth.com

August 5, 2010

**BY FACSIMILE (212-805-0426)**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 6 AUG 2010
```

**MEMO ENDORSED**

Re: *Otis Duffy v. Bosley Inc.*
Case No. 10-CV-1572 (LTS)(JCF)

Dear Judge Swain:

This firm represents Bosley, Inc. ("Bosley") in the above-referenced matter. Pursuant to Your Honor's Individual Practices, we write to request a brief extension of time, up to and including September 9, 2010, to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint.

Bosley's responsive pleading to Plaintiff's Second Amended Complaint is due on August 9, 2010. We request the above extension because the parties engaged in mediation before JAMS on July 6, 2010, have continued to engage in settlement negotiations since then, and are hopeful that we will be able to finalize a settlement in the near future. The requested extension will allow the parties to continue settlement negotiations and hopefully finalize settlement, without having to unnecessarily prepare a responsive pleading. Bosley has not previously requested any extensions with respect to Plaintiff's Second Amended Complaint, the requested extension will not affect any other scheduled dates, and Plaintiff's counsel consents to the requested extension.

Thank you for Your Honor's consideration of this request.

*The request is granted*

Respectfully submitted,

SEYFARTH SHAW LLP

Alysa M. Barancik

SO ORDERED.
NEW YORK, NY
Aug 5, 2010
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Derek T. Smith, Esq. (via email - dtslaws@msn.com)
Hema Chatlani, Esq.

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

12603975v.3