UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
OTIS DUFFY,

        Plaintiff,

v.

BOSLEY INC., d/b/a BOSLEY MEDICAL
BEVERLY HILLS

        Defendant.
----------------------------------------x

**ECF Case**

Civil Case No:
10-CV-1572 (LTS) (JCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 2 SEP 2010

## JOINT STIPULATION OF DISMISSAL

The parties, by their attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), have stipulated and agreed and jointly request that the Court enter an Order dismissing this case with prejudice, all matters in controversy having been settled, compromised and adjourned, with each party to bear its own costs and fees.

Dated: September 21, 2010
       New York, New York

Respectfully Submitted,

| AKIN & SMITH, LLC | SEYFARTH SHAW LLP |
|---|---|
| By: _/s/ Derek T. Smith_ | By: _/s/_ |
| Derek T. Smith | Alysa M. Barancik |
| 30 Broad Street, 35th Floor | Hema Chatlani |
| New York, New York 10004 | 620 Eighth Avenue |
| (212) 587-0760 | New York, New York 10018 |
|  | (212) 218-5500 |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED:

_/s/ 9/22/2010_
The Honorable Laura Taylor Swain
United States District Judge

12724398v.1